**FILED**

MAR 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

SILVIANO BLANCAS-MORA

    Defendant(s).

No. 4-06-70114-WDB

**ORDER CONTINUING PRELIMINARY HEARING/ ARRAIGNMENT OR FURTHER STATUS CONFERENCE**

    Please take notice that pursuant to the unavailability of Mag. Judge Wayne D. Brazil on Friday, April 7, 2006, the Preliminary Hearing/Arraignment or Further Status Conference that was set by this Court for Friday, April 7, 2006 has been continued to to **TUESDAY, APRIL 11, 2006 at 10:00 a.m.**

    IT IS SO ORDERED.

Dated: 3-24-06

WAYNE D. BRAZIL
United States Magistrate Judge

cc: All parties, WDB's files, Copy to parties via ECF, Odile Hansen (Spanish Int.)

caption.frm

1