1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant BLANCAS-MORA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|    ) | Nos. CR  06-70114-WDB |
|    Plaintiff, ) | |
|    ) | |
|    v. ) | |
|    ) | ORDER OF |
|    ) | CONTINUANCE, WAIVER OF TIME, |
| SYLVIANO BLANCAS-MORA, ) | AND EXCLUSION OF TIME UNDER |
|    ) | THE SPEEDY TRIAL ACT, 18 |
|    ) | U.S.C. § 3161 ET SEQ. |
|    Defendant. | |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, it is ORDERED that the PRELIMINARY HEARING/ARRAIGNMENT APPEARANCE date June 16, 2006, scheduled at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for July 21, 2006 at 10:00 a.m.

- 1 -

1 It is further ORDERED that time be excluded from the Speedy trial Act and found to have been
2 waived under the Federal Rules of Criminal Procedure between June 16, 2006 and July 21, 2006
3 based on the need for counsel to continue investigating this case. The court finds that the ends of
4 justice would be served by granting the continuance.
5
6
7 DATED: June 15, 2006



_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE