1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  VINEET GAURI (ILSBN 6242953)
   Special Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, CA, 94612
      Telephone: (510) 637-3924
7     Facsimile: (510) 637-3724
      E-mail: vineet.gauri@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,    )    No. CR-06-00499-SBA
                                  )
14 |     Plaintiff,                )
                                  )    **ORDER AND**
15 |   v.                          )    **NOTICE OF DISMISSAL**
                                  )
16 | SILVIANO BLANCAS-MORA,        )
                                  )
17 |     Defendant.                )    OAKLAND VENUE
                                  )
18 | _____      )

19

20     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21 United States Attorney for the Northern District of California dismisses the above indictment

22 without prejudice and requests that the defendant be transferred into the custody of the Bureau of

23 //

24 //

25 //

26 //

27 //

28
   [PROPOSED] ORDER AND
   NOTICE OF DISMISSAL

Immigration and Customs Enforcement ("ICE") pursuant to the ICE detainer placed on the defendant on March 1, 2006.

DATED: September 25, 2006                    Respectfully submitted,

                                             KEVIN V. RYAN
                                             United States Attorney


                                             _____/s/_____
                                             VINEET GAURI
                                             Special Assistant U.S. Attorney


     Leave of Court is granted to the government to dismiss the above indictment, and custody of the defendant is hereby ordered transferred to the Bureau of Immigration and Customs Enforcement ("ICE") pursuant to the ICE detainer placed on defendant on March 1, 2006.

Date: 9/26/06                                _Saundra B Armstrong_____
                                             HON. SAUNDRA B. ARMSTRONG
                                             United States District Judge

[PROPOSED] ORDER AND
NOTICE OF DISMISSAL

2